IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK ACCIUS,

    Petitioner,

v.   CASE NO. 4:14-cv-51-WS-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,[1]

    Respondent.

_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this case by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C § 2254 in the Southern District of Florida on January 27, 2014. Doc. 1. Because Petitioner was challenging a conviction imposed in Leon County, the Petition was transferred to this Court on February 3, 2014. Doc. 8.

Although at the time of filing Petitioner was in the custody of the Immigration and Customs Enforcement (ICE) and therefore his custody status for purposes of § 2254 was unclear, and the Petition appeared to be untimely, out of an abundance of caution the Court directed service of the Petition and ordered the Secretary to respond. Doc. 10. The Respondent moved for an order requiring Petitioner to show cause as to whether he intended to prosecute this action, stating that Petitioner was released from ICE custody on February 20, 2014, and that the probationary sentence at issue in the Petition has now expired. According to Respondent, ICE officials also indicated that

---

[1] Because Petitioner is an inmate in the custody of the Florida Department of Corrections (DOC), the Secretary of the DOC is the state officer who has custody of Petitioner, and therefore the Secretary is properly named by his official title as the Respondent in this case. *See* Fed. R. Civ. P. 17(d); Rule 2, Rules Governing Habeas Corpus Petitions under § 2254. The **Clerk** is directed to correct the docket accordingly.

Petitioner provided no forwarding contact information upon his release, but it appears from FDOC records that Petitioner's self-reported address is 13201 Memorial Hwy. #226, North Miami, FL 33161-3969.

The Court granted Respondent's motion and ordered Petitioner to show cause on or before April 28, 2014, as to why this case should not be dismissed for failure to prosecute. The Court directed that the Order to Show Cause be served upon Petitioner at his address of record with the Court and at the address reflected in the FDOC records. As of this date, Petitioner has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 5th day of May 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.