IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK ACCIUS,

    Petitioner,

v.                                                                                            4:14cv51-WS

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 14) docketed May 5, 2014.  The magistrate judge recommends that this case be dismissed without prejudice for petitioner's failure to comply with an order of the court and to prosecute his case.  The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The petitioner's petition for writ of habeas corpus is hereby DISMISSED without prejudice for failure to comply with an order of the court and for failure to prosecute.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   2nd   day of   June  , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE